Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-338-899

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
March 20, 2023

---

## Title

**Title of Work:** 2023 Calendar Frame

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 07, 2022
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 30, 2023
**Applicant's Tracking Number:** SS2023013001



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-341-836**

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 13, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Aurora owl |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | May 28, 2014 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| **Author:** | Svenja Schmitt |
| **Pseudonym:** | Pixie Cold |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Svenja Schmitt |
| | Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Svenja Schmitt |
| **Email:** | pixiecoldart@web.de |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 30, 2023 |
| **Applicant's Tracking Number:** | SS2023013002 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-341-839

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 13, 2023

---

## Title

**Title of Work:** Blue wolf

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** December 18, 2013
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Pseudonym:** Pixie Cold
  **Author Created:** 2-D artwork
  **Citizen of:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 30, 2023
**Applicant's Tracking Number:** SS2023013003

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-341-842

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 13, 2023

---

## Title

**Title of Work:**  Candid

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 15, 2013
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Pseudonym:** Pixie Cold
  **Author Created:** 2-D artwork
  **Citizen of:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 30, 2023
**Applicant's Tracking Number:** SS2023013004

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-341-843

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 13, 2023

## Title

| | |
|---|---|
| **Title of Work:** | Catch my heart |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | September 24, 2013 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| **Author:** | Svenja Schmitt |
| **Pseudonym:** | Pixie Cold |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Svenja Schmitt |
| | Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Svenja Schmitt |
| **Email:** | pixiecoldart@web.de |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 30, 2023 |
| **Applicant's Tracking Number:** | SS2023013005 |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-341-845

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 13, 2023

---

## Title
| | |
|---|---|
| Title of Work: | Cheshire Cat |

## Completion/Publication
| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | October 03, 2017 |
| Nation of 1st Publication: | Germany |

## Author
| | |
|---|---|
| • Author: | Svenja Schmitt |
| Pseudonym: | Pixie Cold |
| Author Created: | 2-D artwork |
| Citizen of: | Germany |
| Pseudonymous: | Yes |

## Copyright Claimant
| | |
|---|---|
| Copyright Claimant: | Svenja Schmitt |
| | Schnakenburg S, Dassel, Non-US, 37586, Germany |

## Rights and Permissions
| | |
|---|---|
| Name: | Svenja Schmitt |
| Email: | pixiecoldart@web.de |

## Certification
| | |
|---|---|
| Name: | David Denholm |
| Date: | January 30, 2023 |
| Applicant's Tracking Number: | SS2023013006 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-341-846

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 13, 2023

---

## Title

| | |
|---|---|
| Title of Work: | City Ariel |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |
| Date of 1st Publication: | April 24, 2014 |
| Nation of 1st Publication: | Germany |

## Author

| | |
|---|---|
| • Author: | Svenja Schmitt |
| Pseudonym: | Pixie Cold |
| Author Created: | 2-D artwork |
| Citizen of: | Germany |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Svenja Schmitt |
| | Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions

| | |
|---|---|
| Name: | Svenja Schmitt |
| Email: | pixiecoldart@web.de |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | January 30, 2023 |
| Applicant's Tracking Number: | SS2023013007 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-338-895

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
March 20, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Dark Wolf |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | March 13, 2019 |
| Nation of 1st Publication: | Germany |

## Author

| | |
|---|---|
| • Author: | Svenja Schmitt |
| Author Created: | 2-D artwork |
| Citizen of: | Germany |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Svenja Schmitt |
| | Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions

| | |
|---|---|
| Name: | Svenja Schmitt |
| Email: | pixiecoldart@web.de |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | January 30, 2023 |
| Applicant's Tracking Number: | SS2023013008 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-341-932

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 14, 2023

---

## Title

**Title of Work:** Deer forest

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** February 28, 2014
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Pseudonym:** Pixie Cold
  **Author Created:** 2-D artwork
  **Citizen of:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 30, 2023
**Applicant's Tracking Number:** SS2023013009



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-341-933

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 14, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Deer watercolors |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | October 08, 2015 |
| Nation of 1st Publication: | Germany |

## Author

| | |
|---|---|
| • Author: | Svenja Schmitt |
| Pseudonym: | Pixie Cold |
| Author Created: | 2-D artwork |
| Citizen of: | Germany |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Svenja Schmitt |
| | Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions

| | |
|---|---|
| Name: | Svenja Schmitt |
| Email: | pixiecoldart@web.de |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | January 30, 2023 |
| Applicant's Tracking Number: | SS2023013010 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-341-934

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 14, 2023

---

## Title

**Title of Work:** Eye with butterflies

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 30, 2014
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Pseudonym:** Pixie Cold
  **Author Created:** 2-D artwork
  **Citizen of:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 30, 2023
**Applicant's Tracking Number:** SS2023013011



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-341-783

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 13, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Flora |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | September 18, 2012 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Svenja Schmitt |
| **Pseudonym:** | Pixie Cold |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Svenja Schmitt |
| | Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Svenja Schmitt |
| **Email:** | pixiecoldart@web.de |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 30, 2023 |
| **Applicant's Tracking Number:** | SS2023013012 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-342-075

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 17, 2023

---

## Title
| | |
|---|---|
| **Title of Work:** | Fox abstract |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | October 15, 2014 |
| **Nation of 1ˢᵗ Publication:** | Germany |

## Author
| | |
|---|---|
| **Author:** | Svenja Schmitt |
| **Pseudonym:** | Pixie Cold |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |
| **Pseudonymous:** | Yes |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Svenja Schmitt |
| | Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions
| | |
|---|---|
| **Name:** | Svenja Schmitt |
| **Email:** | pixiecoldart@web.de |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 30, 2023 |
| **Applicant's Tracking Number:** | SS2023013013 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-338-901

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
March 20, 2023

---

## Title

**Title of Work:** Fragile soul

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** November 06, 2013
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 30, 2023
**Applicant's Tracking Number:** SS2023013014

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-342-074

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 17, 2023

---

## Title

Title of Work: Friends

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: October 14, 2016
Nation of 1st Publication: Germany

## Author

- Author: Svenja Schmitt
  Pseudonym: Pixie Cold
  Author Created: 2-D artwork
  Citizen of: Germany
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

Name: Svenja Schmitt
Email: pixiecoldart@web.de

## Certification

Name: David Denholm
Date: January 30, 2023
Applicant's Tracking Number: SS2023013015

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-341-937

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 14, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Giraffe |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | August 12, 2015 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| **Author:** | Svenja Schmitt |
| **Pseudonym:** | Pixie Cold |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Svenja Schmitt |
| | Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Svenja Schmitt |
| **Email:** | pixiecoldart@web.de |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 30, 2023 |
| **Applicant's Tracking Number:** | SS2023013016 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-342-276

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 18, 2023

---

## Title

**Title of Work:** Girl with feathers

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 12, 2015
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Pseudonym:** Pixie Cold
  **Author Created:** 2-D artwork
  **Citizen of:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 30, 2023
**Applicant's Tracking Number:** SS2023013017





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-338-898**

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
March 20, 2023

---

## Title

**Title of Work:** Goddess of colors

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 24, 2013
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 30, 2023
**Applicant's Tracking Number:** SS2023013018





# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-342-067

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 17, 2023

---

## Title

**Title of Work:** Gorilla

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 08, 2015
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Pseudonym:** Pixie Cold
  **Author Created:** 2-D artwork
  **Citizen of:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 30, 2023
**Applicant's Tracking Number:** SS2023013019



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-338-896

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
March 20, 2023

---

## Title
_____

Title of Work: Hippy lion

## Completion/Publication
_____

Year of Completion: 2016
Date of 1st Publication: March 09, 2016
Nation of 1st Publication: Germany

## Author
_____

- Author: Svenja Schmitt
  Author Created: 2-D artwork
  Citizen of: Germany

## Copyright Claimant
_____

Copyright Claimant: Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions
_____

Name: Svenja Schmitt
Email: pixiecoldart@web.de

## Certification
_____

Name: David Denholm
Date: January 30, 2023
Applicant's Tracking Number: SS2023013020

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-342-069

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 17, 2023

---

## Title

**Title of Work:** Husky wolf

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 11, 2014
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Pseudonym:** Pixie Cold
  **Author Created:** 2-D artwork
  **Citizen of:** Germany
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 30, 2023
**Applicant's Tracking Number:** SS2023013021



# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-339-550**

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
March 24, 2023

## Title

**Title of Work:** Ice wolf

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 25, 2013
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 30, 2023
**Applicant's Tracking Number:** SS2023013022





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-342-070

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 17, 2023

---

## Title

| | |
|---|---|
| Title of Work: | In my mind |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |
| Date of 1st Publication: | March 14, 2014 |
| Nation of 1st Publication: | Germany |

## Author

| | |
|---|---|
| **Author:** | Svenja Schmitt |
| Pseudonym: | Pixie Cold |
| Author Created: | 2-D artwork |
| Citizen of: | Germany |
| Pseudonymous: | Yes |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Svenja Schmitt |
| | Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions

| | |
|---|---|
| Name: | Svenja Schmitt |
| Email: | pixiecoldart@web.de |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | January 30, 2023 |
| Applicant's Tracking Number: | SS2023013023 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-342-071

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 17, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Inner fight |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | July 08, 2014 |
| **Nation of 1st Publication:** | Germany |

## Author

| | |
|---|---|
| • **Author:** | Svenja Schmitt |
| **Pseudonym:** | Pixie Cold |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Svenja Schmitt<br>Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Svenja Schmitt |
| **Email:** | pixiecoldart@web.de |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 30, 2023 |
| **Applicant's Tracking Number:** | SS2023013024 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-342-076

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
April 17, 2023

---

## Title

          **Title of Work:**   King of the lions

## Completion/Publication

    **Year of Completion:**   2016
    **Date of 1st Publication:**   January 06, 2016
  **Nation of 1st Publication:**   Germany

## Author

      •        **Author:**   Svenja Schmitt
        **Pseudonym:**   Pixie Cold
   **Author Created:**   2-D artwork
        **Citizen of:**   Germany
   **Pseudonymous:**   Yes

## Copyright Claimant

  **Copyright Claimant:**   Svenja Schmitt
                Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

          **Name:**   Svenja Schmitt
          **Email:**   pixiecoldart@web.de

## Certification

          **Name:**   David Denholm
           **Date:**   January 30, 2023
**Applicant's Tracking Number:**   SS2023013025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-585

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

## Title
_____

Title of Work: Life turtle

## Completion/Publication
_____

Year of Completion: 2016
Date of 1st Publication: May 03, 2016
Nation of 1st Publication: Germany

## Author
_____

- Author: Svenja Schmitt
  Author Created: 2-D artwork
  Citizen of: Germany

## Copyright Claimant
_____

Copyright Claimant: Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions
_____

Name: Svenja Schmitt
Email: pixiecoldart@web.de

## Certification
_____

Name: David Denholm
Date: January 31, 2023
Applicant's Tracking Number: SS2023013026

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-339-586

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title

**Title of Work:** Luna moth

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 30, 2021
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 31, 2023
**Applicant's Tracking Number:** SS2023013027



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-339-587**

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title
_____

Title of Work: Moon child

## Completion/Publication
_____

Year of Completion: 2017
Date of 1st Publication: November 23, 2017
Nation of 1st Publication: Germany

## Author
_____

- Author: Svenja Schmitt
  Author Created: 2-D artwork
  Citizen of: Germany

## Copyright Claimant
_____

Copyright Claimant: Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions
_____

Name: Svenja Schmitt
Email: pixiecoldart@web.de

## Certification
_____

Name: David Denholm
Date: January 31, 2023
Applicant's Tracking Number: SS2023013028



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-339-588

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title
           **Title of Work:** Open your eyes

## Completion/Publication
           **Year of Completion:** 2013
       **Date of 1st Publication:** January 23, 2013
      **Nation of 1st Publication:** Germany

## Author
         •      **Author:** Svenja Schmitt
        **Author Created:** 2-D artwork
          **Citizen of:** Germany

## Copyright Claimant
      **Copyright Claimant:** Svenja Schmitt
                         Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions
              **Name:** Svenja Schmitt
              **Email:** pixiecoldart@web.de

## Certification
              **Name:** David Denholm
               **Date:** January 31, 2023
  **Applicant's Tracking Number:** SS2023013029



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-339-589**

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title

**Title of Work:** Our home

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 30, 2013
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 31, 2023
**Applicant's Tracking Number:** SS2023013030

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-339-028

**Effective Date of Registration:**
February 01, 2023
**Registration Decision Date:**
March 20, 2023

---

## Title

**Title of Work:** Panda

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 11, 2015
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** February 01, 2023
**Applicant's Tracking Number:** SS2023013031

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-590

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title

**Title of Work:** Pink and blue

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** February 04, 2013
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 31, 2023
**Applicant's Tracking Number:** SS2023013032

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-581

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title

**Title of Work:** Rainbow eye

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 12, 2013
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
**Author Created:** 2-D artwork
**Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 31, 2023
**Applicant's Tracking Number:** SS2023013033



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-339-580

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title
              **Title of Work:** Rainbow lion

## Completion/Publication
             **Year of Completion:** 2015
    **Date of 1st Publication:** July 05, 2015
    **Nation of 1st Publication:** Germany

## Author
                 **Author:** Svenja Schmitt
      **Author Created:** 2-D artwork
           **Citizen of:** Germany

## Copyright Claimant
    **Copyright Claimant:** Svenja Schmitt
                        Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions
                 **Name:** Svenja Schmitt
                 **Email:** pixiecoldart@web.de

## Certification
                 **Name:** David Denholm
                  **Date:** January 31, 2023
   **Applicant's Tracking Number:** SS2023013034



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-591

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

**Title** _____

Title of Work: Rainbow owl

**Completion/Publication** _____

Year of Completion: 2016
Date of 1st Publication: November 29, 2016
Nation of 1st Publication: Germany

**Author** _____

- Author: Svenja Schmitt
Author Created: 2-D artwork
Citizen of: Germany

**Copyright Claimant** _____

Copyright Claimant: Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

**Rights and Permissions** _____

Name: Svenja Schmitt
Email: pixiecoldart@web.de

**Certification** _____

Name: David Denholm
Date: January 31, 2023
Applicant's Tracking Number: SS2023013035



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-339-592**

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title

Title of Work:   Sacred king

## Completion/Publication

Year of Completion:   2017
Date of 1st Publication:   January 24, 2017
Nation of 1st Publication:   Germany

## Author

•   Author:   Svenja Schmitt
Author Created:   2-D artwork
Citizen of:   Germany

## Copyright Claimant

Copyright Claimant:   Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

Name:   Svenja Schmitt
Email:   pixiecoldart@web.de

## Certification

Name:   David Denholm
Date:   January 31, 2023
Applicant's Tracking Number:   SS2023013036

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-339-584**

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Secret owl |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | May 28, 2014 |
| **Nation of 1ˢᵗ Publication:** | Germany |

## Author

| | |
|---|---|
| **Author:** | Svenja Schmitt |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Svenja Schmitt |
| | Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Svenja Schmitt |
| **Email:** | pixiecoldart@web.de |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 31, 2023 |
| **Applicant's Tracking Number:** | SS2023013037 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-593

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title

**Title of Work:** Space cat

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** March 21, 2013
**Nation of 1st Publication:** Germany

## Author

**Author:** Svenja Schmitt
**Author Created:** 2-D artwork
**Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 31, 2023
**Applicant's Tracking Number:** SS2023013038

Page 1 of 1





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-257

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 22, 2023

---

## Title

**Title of Work:** Spirit

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 18, 2016
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 31, 2023
**Applicant's Tracking Number:** SS2023013039

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-178

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 21, 2023

---

## Title
| | |
|---|---|
| **Title of Work:** | The Aztec |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | February 04, 2014 |
| **Nation of 1st Publication:** | Germany |

## Author
| | |
|---|---|
| • **Author:** | Svenja Schmitt |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Svenja Schmitt |
| | Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions
| | |
|---|---|
| **Name:** | Svenja Schmitt |
| **Email:** | pixiecoldart@web.de |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 31, 2023 |
| **Applicant's Tracking Number:** | SS2023013040 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-494

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title
              **Title of Work:** The peacock

## Completion/Publication
      **Year of Completion:** 2014
    **Date of 1st Publication:** January 06, 2014
   **Nation of 1st Publication:** Germany

## Author
            **Author:** Svenja Schmitt
      **Author Created:** 2-D artwork
         **Citizen of:** Germany

## Copyright Claimant
     **Copyright Claimant:** Svenja Schmitt
                 Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions
              **Name:** Svenja Schmitt
               **Email:** pixiecoldart@web.de

## Certification
              **Name:** David Denholm
              **Date:** January 31, 2023
  **Applicant's Tracking Number:** SS2023013041



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-259

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 22, 2023

---

## Title

**Title of Work:** Tiger

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 17, 2014
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 31, 2023
**Applicant's Tracking Number:** SS2023013042

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-579

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title _____

**Title of Work:** Tiger and butterfly

## Completion/Publication _____

**Year of Completion:** 2014
**Date of 1st Publication:** October 30, 2014
**Nation of 1st Publication:** Germany

## Author _____

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant _____

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions _____

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification _____

**Name:** David Denholm
**Date:** January 31, 2023
**Applicant's Tracking Number:** SS2023013043

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-097

**Effective Date of Registration:**
February 01, 2023
**Registration Decision Date:**
March 21, 2023

---

## Title

**Title of Work:** Tiger colors

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 23, 2016
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** February 01, 2023
**Applicant's Tracking Number:** SS2023013044

---

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-578

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title

**Title of Work:** Two galaxies

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 29, 2015
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 31, 2023
**Applicant's Tracking Number:** SS2023013045

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-495

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title
      **Title of Work:** Watercolor fox

## Completion/Publication
      **Year of Completion:** 2015
      **Date of 1st Publication:** January 21, 2015
      **Nation of 1st Publication:** Germany

## Author
      •   **Author:** Svenja Schmitt
      **Author Created:** 2-D artwork
      **Citizen of:** Germany

## Copyright Claimant
      **Copyright Claimant:** Svenja Schmitt
      Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions
      **Name:** Svenja Schmitt
      **Email:** pixiecoldart@web.de

## Certification
      **Name:** David Denholm
      **Date:** January 31, 2023
      **Applicant's Tracking Number:** SS2023013046

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-339-577

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Wild lion |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | January 11, 2016 |
| **Nation of 1st Publication:** | Germany |

## Author

|  |  |
|---|---|
| • **Author:** | Svenja Schmitt |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Germany |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Svenja Schmitt |
|  | Schnakenburg 5, Dassel, Non-US, 37586, Germany |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Svenja Schmitt |
| **Email:** | pixiecoldart@web.de |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | January 31, 2023 |
| **Applicant's Tracking Number:** | SS2023013047 |

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-339-583

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 24, 2023

---

## Title

**Title of Work:** Wild youth

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 03, 2014
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 31, 2023
**Applicant's Tracking Number:** SS2023013048

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-339-791**

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
March 27, 2023

---

## Title

**Title of Work:** Wolf with dream catcher

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 24, 2017
**Nation of 1st Publication:** Germany

## Author

- **Author:** Svenja Schmitt
  **Author Created:** 2-D artwork
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Svenja Schmitt
Schnakenburg 5, Dassel, 37586, Germany

## Rights and Permissions

**Name:** Svenja Schmitt
**Email:** pixiecoldart@web.de

## Certification

**Name:** David Denholm
**Date:** January 31, 2023
**Applicant's Tracking Number:** SS2023013051

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-364-011

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
September 28, 2023

---

## Title

      **Title of Work:**  Wolf and feathers

## Completion/Publication

      **Year of Completion:**  2014
      **Date of 1st Publication:**  July 17, 2014
      **Nation of 1ˢᵗ Publication:**  Germany

## Author

      •  **Author:**  Svenja Schmitt
      **Pseudonym:**  Pixie Cold
      **Author Created:**  2-D artwork
      **Citizen of:**  Germany
      **Pseudonymous:**  Yes

## Copyright Claimant

      **Copyright Claimant:**  Svenja Schmitt
      Schnakenburg 5, Dassel, Non-US, 37586, Germany

## Rights and Permissions

      **Name:**  Svenja Schmitt
      **Email:**  pixiecoldart@web.de

## Certification

      **Name:**  David Denholm
      **Date:**  January 31, 2023
      **Applicant's Tracking Number:**  SS2023013049

